(102 So. 462)

### Ex parte Ed. MORGAN. (7 Div. 535.)

(Supreme Court of Alabama. Dec. 18, 1924.)

Certiorari to Court of Appeals.

Hugh Reed, of Center, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. · Petition of Ed. Morgan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Morgan v. State, 20 Ala. App. 346, 102 So. 462.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(102 So. 494)

### Ex parte Frank WATSON. (4 Div. 187.)

(Supreme Court of Alabama. Dec. 18, 1924.)

Certiorari to Court of Appeals.

Marcus J. Fletcher and J. Morgan Prestwood, both of Andalusia, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Frank Watson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Watson v. State, 102 So. 492.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.